IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No: 4:18CR260 |
| ) | |
| KERI ANN-MARIE LEWIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Jarrett G. Maillet, counsel for Defendant, for the dates of August 5, 2019 through August 12, 2019. (Doc. 1098.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this ___ day of August, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA