**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:18-cr-260 |
| KERI ANN-MARIE LEWIS, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Government's Motion to file Exhibit B to its response to Defendant's Motion for Compassionate Release. (Doc. 1363.) The Court has considered the Government's Motion and reviewed the exhibit and has concluded that sealing is appropriate due to the sensitive nature of the information contained therein. Thus, the Court **GRANTS** the Government's Motion to Seal.

THEREFORE, IT IS HEREBY ORDERED that Exhibit B to the Government's Response to Defendant's Motion for Compassionate Release shall be filed under seal pursuant to Local Rule 79.7(d)(3) with access limited for the exhibit to the parties and the Court until further Order.

**SO ORDERED**, this 24th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA